IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| **GREGORY M. WILSON,** | ) |
| | ) No. 10 B 28153 |
| | ) |
| Debtor. | ) |
| | ) **Judge Hollis** |
| | ) |

## AGREED ORDER REQUIRING THE RECEIVER TO SURRENDER POSSESSION AS TO 2910 EAST 78th PLACE, CHICAGO, ILLINOIS

THIS CAUSE coming on to be heard on BankFinancial FSB's Motion to Modify the Automatic Stay and Leave to Excuse Receiver from Surrendering Possession as to 2910 East 78th Place, Chicago, Illinois, with the parties having reached an Agreement and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1) That pursuant to 11 U.S.C. §543(b), the Receiver Paul Tsakaris shall immediately surrender the control of the real estate Property located at 2910 East 78th Place, Chicago, Illinois to the Debtor, Gregory M. Wilson. The Receiver shall also immediately inform both the tenants at the Property and Section 8 Housing that all future rental payments are to be sent to the Debtor, Gregory M. Wilson, at 8120 South Maryland, 1st Floor, Chicago, Illinois 60619.

2) That the Debtor shall start making adequate protection payments, commencing with the monthly mortgage payment due January 1, 2011, to BankFinancial FSB.

3) That BankFinancial, FSB shall promptly provide an accounting to Debtor's counsel of any post-petition rental income being held by the Receiver & post-petition expenses paid by the Receiver, and any such income shall be applied towards the outstanding mortgage loan indebtedness owed to BankFinancial FSB.

4) That the automatic stay is modified for the sole purpose of allowing the Receiver to have his Final Report approved and to be discharged.

Dated: DEC - 9 2010

By: _____
U.S. Bankruptcy Judge

Order prepared by:
JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL 60602
312-368-0300